UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 3:23-cr-62-MMH-MCR

JOSHUA GRADY EARREY

### NOTICE OF SIMILAR CASE

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, hereby notifies this Honorable Court, pursuant to Rule 1.04(b) of the Local Rules of the United States District Court, Middle District of Florida, of the existence of a similar case which concerns issues of law and facts related to those of the above-captioned case. That case is *United States v. James Darrell Hickox*, Case No. 3:23-cr-47-BJD-LLL, which has been assigned to United States District Judge Brian J. Davis.  A superseding indictment in the *Hickox* case was returned on September 6, 2023.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By:   */s/* William S. Hamilton
William S. Hamilton
Assistant United States Attorney
Florida Bar No. 95045
35 SE 1st Avenue, Suite 300
Ocala, Florida 34471
Telephone:   (352) 547-3600
Facsimile:   (352) 547-3623
E-mail: william.s.hamilton@usdoj.gov

U.S. v. Joshua Grady Earrey			Case No. 3:32-cr-62-MMH-MCR

## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Bryan E. DeMaggio, Esq.

I hereby certify that on September 7, 2023, a true and correct copy of the foregoing document and the notice of electronic filing were sent by United States Mail to the following non-CM/ECF participant(s):

N/A

*/s/* William S. Hamilton
William S. Hamilton
Assistant United States Attorney
Florida Bar No. 95045
35 SE 1st Avenue, Suite 300
Ocala, Florida 34471
Telephone:   (352) 547-3600
Facsimile:    (352) 547-3623
E-mail: william.s.hamilton@usdoj.gov