UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:23-cr-62-WWB-LLL

JOSHUA GRADY EARREY

### REQUEST FOR LEAVE TO DISMISS INDICTMENT

Pursuant to Fed. R. Crim. P. 48(a), Roger B. Handberg, the United States Attorney for the Middle District of Florida, hereby requests leave of Court to dismiss the Indictment pending against Defendant Joshua Grady Earrey, in the above-captioned case, on the grounds that the defendant has entered a guilty plea to charges underlying the same or substantially the same criminal conduct in Case No. 3:23-cr-47-WWB-LLL, and that guilty plea has been accepted by the Court.

WHEREFORE, the United States respectfully requests that this Court grant the requested leave to dismiss the instant Indictment against Defendant Joshua Grady Earrey in the above-captioned case and direct the Clerk of Court to close the case as to said defendant.

        Respectfully submitted,

        ROGER B. HANDBERG
        United States Attorney

By:  /s/ William S. Hamilton
      William S. Hamilton
      Assistant United States Attorney
      Florida Bar No. 95045
      35 SE 1st Avenue, Suite 300
      Ocala, Florida 34471
      Telephone:   (352) 547-3600
      Facsimile:   (352) 547-3623
      E-mail: william.s.hamilton@usdoj.gov