**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**UNITED STATES OF AMERICA**

VS.                                                       **CASE NO: 3:23-cr-62-WWB-LLL**

**JOSHUA GRADY EARREY**
_____/

## ORDER

Pursuant to Fed. R. Crim. P. 48(a), the United States has requested the Court dismiss the Indictment against Defendant Joshua Grady Earrey. (Doc. 57). For the reasons set forth in the Government's Motion, it is **ORDERED** that the Request for Leave to Dismiss Indictment (Doc. 57) is **GRANTED**, and the Indictment (Doc. 21) is **DISMISSED**. The Clerk of Court is directed to close the case as to Defendant Joshua Grady Earrey.

**DONE AND ORDERED** in Jacksonville, Florida on July 22, 2024.

*[signature]*

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies:
Counsel for Defendant
United States Attorney
United States Magistrate Judge
United States Marshal Service
United States Probation Office
United States Pretrial Services